UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAYMOND L. SYKES SR.,

                    Plaintiff,

          -against-                                    25-CV-4788 (LTS)

NEW YORK CITY HOUSING AUTHORITY;          ORDER DIRECTING ORIGINAL
LEASED HOUSING DEPARTMENT; AUDRA                   SIGNATURE
WILLIAMS,

                    Defendants.

LAURA TAYLOR SWAIN, Chief United States District Judge:

     Plaintiff brings this action *pro se*. Plaintiff submitted the complaint without a signature.

Rule 11(a) of the Federal Rules of Civil Procedure provides that "[e]very pleading, written

motion, and other paper must be signed by at least one attorney of record in the attorney's

name – or by a party personally if the party is unrepresented." *See also* Local Civil Rule 11.1(a).

The Supreme Court has interpreted Rule 11(a) to require "as it did in John Hancock's day, a

name handwritten (or a mark handplaced)." *Becker v. Montgomery*, 532 U.S. 757, 764 (2001).

     Plaintiff is directed to resubmit the signature page of the complaint with an original

signature to the Court within thirty days of the date of this order. A copy of the signature page is

attached to this order.

     No summons shall issue at this time. If Plaintiff complies with this order, the case shall be

processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply

with this order within the time allowed, the action will be dismissed.

     The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would

not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant

demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:   May 26, 2026
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ____ day of _____, 20__.

Signature of Plaintiff    _____

Mailing Address    _____

_____

_____

Telephone Number    _____

Fax Number *(if you have one)*    _____

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint.  Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:    _____

Inmate Number    _____